UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tarani Johnson<br>　　　　　　Debtor | Case No. 22-12668-mdc |
| | Chapter: 7 |
| SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust<br>　　　　　　Movant<br>v. | Judge:  Magdeline D. Coleman |
| | Hearing Date: March 8, 2023 @ 10:30 AM |
| | Objection Deadline: February 21, 2023 |
| Tarani Johnson<br>Patricia Johnson - Co-Debtor<br>Terry P. Dershaw- Trustee<br>　　　　　　Respondents | |

**ORDER**

**AND NOW**, this 6th day of February, 2023, upon the motion of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust (hereafter "Movant")

**ORDERED AND DECREED** that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362, relief from co-debtor stay of 11 U.S.C. §1301 and for In Rem/Prospective Relief to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 24-02 Oceancrest Boulevard, Far Rockaway, NY 11691; and it is

**ORDERED AND DECREED** that Movant is granted relief from the stay of 11 U.S.C. §362 to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property; and it is

**FURTHER ORDERED and DECREED** that automatic stay under 11 USC §362 with regard to the Property (and Debtor and any Co-Debtor) shall not arise as to Movant in this

Bankruptcy or any other Bankruptcy filed within two years from the date the instant case is either dismissed or otherwise terminated; and it is

**FURTHER ORDERED and DECREED** that the Co-Debtor stay in effect as it pertains to Patricia Johnson pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**FURTHER ORDERED and DECREED** that Movant may record this Order in the same fashion as an interest or lien may be recorded under state law, pursuant to 11 USC §362(d)(4), and from the date of recording no automatic stay shall arise under any provision of the Bankruptcy Code as to Movant with regard to the Property and Debtor for a period of two years from the date of this Order; and it is

**FURTHER ORDERED and DECREED** that the 14-day stay pursuant to Rule 4001(a)(3) is hereby waived and Debtor will not be considered current with Movant at the conclusion of the instant case. The fees and costs set forth in this Motion shall be paid by Debtor and be due and payable under the terms of the Note and Mortgage.

**BY THE COURT:**

_____

**U.S.B.J**.