UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Tarani Johnson<br>                   Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust<br>                   Movant<br>v.<br><br>Tarani Johnson<br>Patricia Johnson - Co-Debtor<br>Terry P. Dershaw- Trustee<br>                   Respondents | Case No. 22-12668-mdc<br><br>Chapter: 7<br><br>Judge:  Magdeline D. Coleman<br><br>Hearing Date: March 8, 2023 @ 10:30 AM<br><br>Objection Deadline: February 21, 2023 |

## **CERTIFICATE OF SERVICE**

I, Lauren M. Moyer, Esquire., certify that on February 6, 2023, I caused to be served a true copy of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, CO-DEBTOR STAY AND FOR IN REM/PROSPECTIVE RELIEF, AND SUPPORTING DOCUMENTS**, by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated:  February 6, 2023

By:  _/s/Lauren M. Moyer_
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Trustee**
TERRY P. DERSHAW
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Pro Se Debtor**
Tarani Johnson
2285 Bryn Mawr Ave.
Philadelphia, PA 19131

**Co-Debtor**
Patricia Johnson
24-02 Oceancrest Boulevard
Far Rockaway, NY 11691