**Form 198** (3/24)–doc 148

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Tarani Johnson<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22–12668–djb<br><br>Chapter: 7 |

## NOTICE

To the debtor(s), debtor's counsel, U.S. Trustee and Standing Trustee

NOTICE is hereby given that:

In accordance with this court's random assignment procedure, this matter has been assigned to the Honorable Derek J. Baker.

It is noted in the petition that the above debtor (s) had filed a prior case that was assigned to the Honorable Derek J Baker .

This matter has been reassigned to the Honorable Derek J Baker .

Date: December 16, 2025                                            For The Court

                                                                                                                             Mohung Wong
                                                                                                                             Clerk of Court