IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No 22-12668

Chapter 7

# NOTICE TO SHERIFF
## and
# WELLS FARGO BANK, NA
(c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC)

**NOTICE OF VOID JUDGMENT, REOPENED BANKRUPTCY, AND ENFORCEMENT OF FEDERAL STAY**

PLEASE TAKE NOTICE that:

1. On February 4, 2025, the Philadelphia Court of Common Pleas ruled that **no foreclosure judgment ever existed** in the underlying action.
2. All execution proceedings were declared **void ab initio**.
3. The United States Bankruptcy Court for the Eastern District of Pennsylvania has been requested on an emergency basis to reopen Case No. 22-12668 to enforce the automatic stay and permanent discharge injunction.
4. Any attempt to proceed with sheriff sale or execution—including the sale scheduled for **January 6, 2026**—will constitute:
   - **Willful violation of 11 U.S.C. § 362**
   - **Willful violation of 11 U.S.C. § 524**
   - **Exposure to contempt, sanctions, attorneys' fees, and damages**

**PROCEED AT YOUR OWN PERIL.**

Respectfully submitted,

By: _____
Tarani-Alike Johnson, *sui juris*