United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12668-djb |
| Tarani Johnson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: 236 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+  Tarani Johnson, 2285 Bryn Mawr Ave., Philadelphia, PA 19131-2509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

**Name                   Email Address**

ANDREW L. SPIVACK
            on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

HARRY B. REESE
            on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
            on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KENNETH E. WEST
            on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN J. MANGAN
            on behalf of Defendant Wells Fargo Bank N.A. kevin.mangan@wbd-us.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: 236 | Total Noticed: 1 |

heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

MARIO J. HANYON

on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

TERRY P. DERSHAW

7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 236* (3/23)–doc 151 – 150

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Tarani Johnson ) Case No. 22−12668−djb
 )
 )
   Debtor(s). ) Chapter: 7
 )
 )

## Fee Due Notice

Re:  Doc.# [150] Motion to Reopen Case

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☑ Motion Filing Fee
- ☐ Notice of Appeal

Total:    $260.00

E−Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15−3008mdc.

Non−e−filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before December 23, 2025, this matter will be referred to the Chief Judge.

Date: December 16, 2025                                                     For The Court

                                                                                                    Mohung Wong
                                                                                                    Clerk of Court