# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
| Tarani Johnson, | : | Bankruptcy No. 22-12668 (DJB) |
| Debtor. | : |  |

# ORDER SCHEDULING EMERGENCY HEARING

**AND NOW**, upon consideration of Debtor's Emergency Motion for Temporary Restraining Order Prohibiting Sheriff Sale Scheduled for January 6, 2026 [Dkt. No. 147], Debtor's Motion for Order to Show Cause as to why Wells Fargo Bank, N.A. and its counsel should not be held in contempt for willful violation of Discharge [Dkt. No. 149], and Debtor's Emergency Motion to Reopen Bankruptcy Case [Dkt. No. 150] (collectively, the "Motions")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** as set forth herein.

2. A hearing to consider the Motions shall be held on **January 5, 2026, at 9:30 a.m.** (the "Hearing"). The Hearing will be conducted in the following format:

In-Person **ONLY in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

The Hearing on the Motions will be an evidentiary hearing.

Trial shall begin at 9:30 a.m. and continue through 12:30 p.m. After a lunch recess, trial will resume at 2:00 p.m. and continue through 5:00 p.m.

Each of the Debtor and any Respondent(s) are hereby allocated three (3) trial hours. The three (3) hours allocated to the Debtor will include the presentation of their case in chief and any rebuttal. The three (3) hours allocated to the Respondent(s) will include any opposition. The Court will use a "chess clock" method to conduct of trial. Any time spent by a particular party examining direct witnesses, cross-examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time. The Court will advise the parties at the conclusion of each session of the time that has elapsed.

**EXHIBITS - Parties shall file an anticipated Exhibit List on the Docket no later than December 31, 2025 at 12:00 noon.** The Exhibit List must be filed on the Docket; the Exhibits themselves need not be docketed and can simply be presented at the Hearing. **The Court may exercise discretion to exclude exhibits not properly identified in accordance with this deadline.**

Parties should pre-mark and exchange exhibits with opposing parties prior to the hearing. Parties should meet and confer in advance of the Hearing regarding the method, timing, form of identification, and exchange of evidence.

Copies must be available at the Hearing for the Judge, the Courtroom Deputy, the witness, and all adversaries.

**WITNESSES - Parties presenting witnesses at the Hearing shall file a Witness List on the Docket no later than December 31, 2025 at 12:00 noon. The Court may exercise discretion to exclude witnesses not properly identified in accordance with these rules.**

3. Written objections to the Motions may be filed on or before December 31, 2025 at 12:00 noon and all objections will be considered at the hearing. Failure to file a written objection will not preclude a Respondent from raising an issue at the Hearing; however, it may result int the Court's inability to render a ruling at the conclusion of the Hearing.

4. The Debtor shall serve the Motions and this Order on the U.S. Trustee, the case Trustee (if any), Wells Fargo Bank, N.A., all secured creditors, and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than **5:00 p.m. on December 22, 2025**. Service made to each party identified above through the Court's CM/ECF system is effective.

5. The Debtor shall serve this Order and a Notice of the Motions in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m. on December 22, 2025**.

6. The Debtor shall file a Certification of Service as required by Local Rule 9014-4.

**Date: December 19, 2025**

                                              **DEREK J. BAKER**
                                              **U.S. BANKRUPTCY JUDGE**

**Copies to:**

**Debtor:**
**Tarani Johnson**
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

Troy Freedman, Esquire
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034

**Powers Kirn LLC**
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034