United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12668-djb |
| Tarani Johnson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tarani Johnson, 2285 Bryn Mawr Ave., Philadelphia, PA 19131-2509 |
| | + | Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| | + | Robertson, Anschutz, Schneid, Crane & Partners, PL, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| | + | Troy Freedman, Esquire, Robertson, Anschutz, Schneid, Crane & Pa, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 21, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN J. MANGAN

on behalf of Defendant Wells Fargo Bank N.A. kevin.mangan@wbd-us.com
heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

MARIO J. HANYON

on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

TERRY P. DERSHAW

7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                          :
In re:                                    :         Chapter 7
                                          :
Tarani Johnson,                           :         Bankruptcy No. 22-12668 (DJB)
                                          :
                                          :
                                          :
          Debtor.                         :
                                          :
_____

# ORDER SCHEDULING EMERGENCY HEARING

      **AND NOW**, upon consideration of Debtor's Emergency Motion for Temporary Restraining Order Prohibiting Sheriff Sale Scheduled for January 6, 2026 [Dkt. No. 147], Debtor's Motion for Order to Show Cause as to why Wells Fargo Bank, N.A. and its counsel should not be held in contempt for willful violation of Discharge [Dkt. No. 149], and Debtor's Emergency Motion to Reopen Bankruptcy Case [Dkt. No. 150] (collectively, the "Motions")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** as set forth herein.

2. A hearing to consider the Motions shall be held on **January 5, 2026, at 9:30 a.m.** (the "Hearing").  The Hearing will be conducted in the following format:

In-Person **ONLY in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

The Hearing on the Motions will be an evidentiary hearing.

Trial shall begin at 9:30 a.m. and continue through 12:30 p.m. After a lunch recess, trial will resume at 2:00 p.m. and continue through 5:00 p.m.

Each of the Debtor and any Respondent(s) are hereby allocated three (3) trial hours.  The three (3) hours allocated to the Debtor will include the presentation of their case in chief and any rebuttal.  The three (3) hours allocated to the Respondent(s) will include any opposition. The Court will use a "chess clock" method to conduct of trial.  Any time spent by a particular party examining direct witnesses, cross-examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time.  The Court will advise the parties at the conclusion of each session of the time that has elapsed.

**EXHIBITS - Parties shall file an anticipated Exhibit List on the Docket no later than December 31, 2025 at 12:00 noon.**  The Exhibit List must be filed on the Docket; the Exhibits themselves need not be docketed and can simply be presented at the Hearing.  **The Court may exercise discretion to exclude exhibits not properly identified in accordance with this deadline.**

Parties should pre-mark and exchange exhibits with opposing parties prior to the hearing.  Parties should meet and confer in advance of the Hearing regarding the method, timing, form of identification, and exchange of evidence.

Copies must be available at the Hearing for the Judge, the Courtroom Deputy, the witness, and all adversaries.

**WITNESSES - Parties presenting witnesses at the Hearing shall file a Witness List on the Docket no later than December 31, 2025 at 12:00 noon.   The Court may exercise discretion to exclude witnesses not properly identified in accordance with these rules.**

3. Written objections to the Motions may be filed on or before December 31, 2025 at 12:00 noon and all objections will be considered at the hearing.  Failure to file a written objection will not preclude a Respondent from raising an issue at the Hearing; however, it may result int the Court's inability to render a ruling at the conclusion of the Hearing.

4. The Debtor shall serve the Motions and this Order on the U.S. Trustee, the case Trustee (if any), Wells Fargo Bank, N.A., all secured creditors, and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than **5:00 p.m. on December 22, 2025**.  Service made to each party identified above through the Court's CM/ECF system is effective.

5. The Debtor shall serve this Order and a Notice of the Motions in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m. on December 22, 2025**.

6. The Debtor shall file a Certification of Service as required by Local Rule 9014-4.

Date:  December 19, 2025

                                                  **DEREK J. BAKER**
                                                  **U.S. BANKRUPTCY JUDGE**

**Copies to:**

**Debtor:**
**Tarani Johnson**
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

Troy Freedman, Esquire
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034

**Powers Kirn LLC**
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034