# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

FILED

2025 DEC 19 P 4: 32

U.S. BANKRUPTCY COURT

Case No. 22 – 12668

Chapter 7

**NOTICE OF MOTION**

---

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TO: Wells Fargo Bank, NA** ; Counsel ; and all parties in interest.

**PLEASE TAKE NOTICE** that on the _19th_ day of _December_, 2025, the undersigned,
**Tarani A. Johnson, Debtor pro se**, filed a **Motion for an Order to Show Cause** in the above-captioned bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views, then on or before **2nd Day of January**, you or your attorney must file a response to the Motion.
   - o Your response must be filed with the Clerk of the Bankruptcy Court at:
     **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**
     900 Market Street, Suite 400
     Philadelphia, PA 19107
   - o If you mail your response to the Court for filing, you must mail it early enough so that it will be received on or before the response deadline.
   - o You must also mail a copy of your response to:
     **Tarani A. Johnson,** Sui Juris
     45 East City Avenue, Suite 503, Bala Cynwyd, PA 19004
2. If you or your attorney do not file and serve a timely response, the Court may grant the relief requested in the Motion by default without further notice or hearing.
3. A hearing on the Motion is scheduled to be held on **January 13  10:00 , 2026 at : a.m.,** before the Honorable Judge Baker United States Bankruptcy Judge, in Courtroom _2_ at:
   **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**
   900 Market Street, 2nd Floor
   Philadelphia, PA 19107
4. If a hearing is held, you or your attorney should attend and be prepared to present your case.

Respectfully submitted

Dated: December 19, 2025

Bye: _Johnson, Tarani-alike, sui Juris_
Tarani-Alike Johnson, Sui Juris

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tarani A. Johnson

Case No **12-20451-mdc**

Chapter 7

---

# CERTIFICATE OF SERVICE

I certify that on December 19, 2025, a true and correct copy of this NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE for a Motion for an Order to Show Cause was served via first class mail, and/or the Court's electronic filing system upon:

| | |
|---|---|
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** <br> *(Current Counsel for Wells Fargo)* | 133 Gaither Drive, Suite F <br> Mt. Laurel, NJ 08054 |

Robertson, Anschutz, Schneid, Crane & Partners, PLLC

133 Gaither Drive, Suite F

Mt. Laurel, NJ 08054

Respectfully submitted,

Dated: December 19, 2025

By: Johnson, tarani-alike, sui juris

Tarani-Alike Johnson,  sui juris