IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No 22-12668

Chapter 7

---

CERTIFICATE OF SERVICE
FOR
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER,
MOTION FOR ORDER TO SHOW CAUSE (CONTEMPT),
EMERGENCY MOTION TO REOPEN BANKRUPTCY

I, Tarani-Alike Johnson, hereby certify that on this __19__ day of December, 2025, I caused true and correct copies of the following documents to be served as indicated below:

**DOCUMENTS SERVED:**

1. Emergency Motion for Temporary Restraining Order Prohibiting Sheriff Sale Scheduled for January 6, 2026 (amended)
2. Proposed Temporary Restraining Order
3. Motion for Order To Show Cause Why Wells Fargo Bank, N.A. and Its Counsel Should Not be held in Civil Contempt for Willful violation of the Discharge Injunction (amended)
4. Proposed Order to Show Cause
5. Emergency Motion to Reopen Bankruptcy Case to Address Fraud on the Court, Void Stay Relief, and to Enforce the Automatic Stay and discharge Injunction (amended)
6. This Certificate of Service

**MANNER AND DATE OF SERVICE:**

Service was made on the following parties by the methods indicated, in accordance with Fed. R. Bankr. P. 7004, 7005, and 9014:

| PARTY SERVED | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Wells Fargo Bank, N.A. | 333 Market Street, San Francisco, CA 94105 *(Corporate Address)* | ☑ Electronic Filing (ECF) ☑ Certified Mail, Return Receipt Requested |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC *(Current Counsel for Wells Fargo)* | 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 | ☑ Email ☑ Overnight Mail Courier |
| Michael Troy Feedman, Esq., *(Current Attorney for Wells Fargo)* | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 | ☑ Email ☑ First Class Mail |

| PARTY SERVED | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| **Cierra-Zadiyah Leshay Mendez, Esq.,** *(Current Attorney for Wells Fargo)* | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 | ☑ Email ☑ First Class Mail |
| **Danielle R. Dreier, Esq.,** *(Current Attorney for Wells Fargo)* | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 | ☑ Email ☑ First Class Mail |
| **Danielle A. Coleman, Esq.** | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 | ☑ Email ☑ First Class Mail |
| **Brandon D. Pack, Esq.** | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC 133 Gaither Drive, Suite F Mt. Laurel, NJ 08054 | ☑ Email ☑ First Class Mail |
| **Powers Kirn LLC** *(Former Counsel for Wells Fargo)* | Powers Kirn LLC 8 Neshaminy Interplex, Suite 215 Trevose, PA 19053 | ☑ Electronic Filing (ECF) ☑ Email ☑ First Class Mail |
| **Jill Manuel-Coughlin, Esquire** *(Former Attorney for Wells Fargo)* | c/o Powers Kirn LLC Powers Kirn LLC 8 Neshaminy Interplex, Suite 215 Trevose, PA 19053 | ☑ Electronic Filing (ECF) ☑ Email ☑ First Class Mail |
| **Harry B. Reese, Esquire** *(State Court Counsel for Wells Fargo)* | c/o Powers Kirn LLC Powers Kirn LLC 8 Neshaminy Interplex, Suite 215 Trevose, PA 19053 | ☑ Electronic Filing (ECF) ☑ Email ☑ First Class Mail |
| **Rochelle Bilal, Sheriff Philadelphia County** | 100 South Broad Street, Philadelphia, PA 19110 Email: sheriff@phila.gov | ☑ Email ☑ Certified Mail, Return Receipt Requested ☑ Hand Delivery |
| **Office of the United States Trustee** | J. Caleb Boggs Federal Building 441 G Street, NW Suite 6150 Washington, DC 20530 | ☑ Electronic Filing (ECF) ☑ First Class Mail |

**TIMING OF SERVICE:**

**Electronic Filing/Email:** Service via ECF and/or email was completed on December 19, 2025

**Priority/Overnight Courier:** Documents were delivered to FedEx/UPS on December 19, 2025 for overnight delivery with guaranteed delivery by December 22, 2025.

**Certified Mail:** Documents were deposited with the United States Postal Service on December 19, 2025 via certified mail, return receipt requested.

**SPECIAL NOTICE REGARDING EMERGENCY TRO:**

Pursuant to Fed. R. Civ. P. 65(b) and Fed. R. Bankr. P. 7065, this Emergency Motion for Temporary Restraining Order was filed on an emergency basis

☐ **WITH EXPEDITED NOTICE** to the adverse parties. This Certificate evidences service of the motion prior to any Court ruling.

**CERTIFICATION:**

I certify that the foregoing is true and correct to the best of my knowledge, information, and belief. I acknowledge that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Dated: _December 19_, 2025

Bye: _Johnson, tarani-alike, sui juris._
Tarani-Alike Johnson, sui juris