# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No 22-12668

Chapter 7

---

## DEBBTOR'S ANTICIPATED ~~WITNESS~~ LIST
*(FILED PURSUANT TO SCHEDULING ORDER – EMERGENCY MOTIONS HEARING)*

[handwritten: WITNESS (CAT)]

Hearing Date: January 5, 2026

## WITNESSES TO BE CALLED BY DEBTOR

**Note:** Witnesses are identified with a brief summary of anticipated testimony. Debtor reserves the right to call witnesses out of order and to limit or expand testimony as necessary based on rulings, stipulations, or positions taken by opposing parties at the hearing.

### 1. Tarani-Alike Johnson

**Role:** Debtor
**Anticipated Testimony:**

- Personal knowledge of the bankruptcy proceedings, discharge, and post-discharge enforcement efforts;
- Statements made on the record at the November 1, 2022 bankruptcy hearing that no foreclosure judgment existed;
- Lack of notice of sheriff sale proceedings;
- Impact of continued enforcement on Debtor and necessity of emergency relief



### 2. Joshua Thomas, Esq.

**Role:** Former counsel for Debtor (State Court and Bankruptcy)
**Anticipated Testimony:**

- Representation of Debtor at the 2015 state-court hearing that produced the March 8, 2018 non-jury verdict;
- Absence of any entered foreclosure judgment following that verdict;
- Prior bankruptcy proceedings in which the same Wells Fargo counsel advanced similar judgment-based positions;
- Historical pattern of Wells Fargo's litigation posture and the known distinction between verdicts and judgments under Pennsylvania law.

**3. Marilyn Rigmaiden-DeLeon, Esq.**

**Role:** Former counsel for Debtor; drafter of Petition to Strike
**Anticipated Testimony:**

- Preparation and filing of the Petition to Strike Writs of Execution and supporting Memorandum of Law;
- Legal basis for the argument that all execution was void absent a judgment;
- Proceedings before Judge Roberts resulting in the order setting aside the sheriff's sale;
- Wells Fargo's continued enforcement posture despite notice and briefing.

**4. James DeLeon, Esq.**

**Role:** Affiant / former judicial officer
**Anticipated Testimony:**

- Execution and substance of the verification attesting that Wells Fargo falsely claimed service of a purported "judgment";
- Confirmation that no signed judgment exists on the state-court docket;
- Significance of unsigned or nonexistent judgments under Pennsylvania procedure.

Debtor reserves the right to call additional witnesses for impeachment or rebuttal, and to limit witness testimony consistent with the Court's time allocations and evidentiary rulings.

Debtor reserves the right to call additional witnesses, including household members, solely for the limited purpose of addressing irreparable harm or rebutting testimony offered by opposing parties.

Respectfully Submitted,
By: /s/ Johnson, tarani-alike, sui juris
Tarani-Alike Johnson

**CERTIFICATE OF SERVICE**

I, Tarani-Alike Johnson, hereby certify that on December 31, 2025, a true and correct copy of the foregoing **Debtor's Anticipated Witness List**, filed pursuant to the Court's Scheduling Order, was served via the Court's CM/ECF system upon all counsel of record and, where required, by first-class United States Mail upon parties not receiving electronic notice.

Respectfully submitted,

By: /s/ Johnson, tarani-alike, sui juris
Tarani-Alike Johnson, *sui juris*

12/31/25