# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No 22-12668

Chapter 7

---

## DEBTOR'S ANTICIPATED EXHIBIT LIST
*(FILED PURSUANT TO SCHEDULING ORDER – EMERGENCY MOTIONS HEARING)*

Hearing Date: January 5, 2026

## EXHIBITS TO BE OFFERED BY DEBTOR

**Note:** Exhibits are offered for the limited purposes identified below, including notice, knowledge, willfulness, jurisdictional defect, and absence of any objectively reasonable basis for continued enforcement, consistent with *Taggart v. Lorenzen*.

**Exhibit 1 — Chapter 7 Discharge Order and Clerk's Certificate of Service**

- **Description:** Bankruptcy Court Discharge Order and verified service list showing notice to Wells Fargo Bank, N.A.
- **Purpose:** Establishes actual notice of the discharge injunction under 11 U.S.C. § 524(a)(2).

**Exhibit 2 — Wells Fargo Proof of Claim (Claim No. 3-1)**

- **Description:** Proof of Claim asserting a secured claim premised on an alleged state-court foreclosure judgment.
- **Purpose:** Demonstrates Wells Fargo's affirmative representation of a judgment to the Bankruptcy Court.

**Exhibit 3 — Wells Fargo Motion for Relief from Automatic Stay (Nov. 1, 2022)**

- **Description:** Motion asserting existence of a foreclosure judgment and seeking relief on that basis.
- **Purpose:** Establishes the false jurisdictional premise underlying later bankruptcy rulings.

**Exhibit 4 — Bankruptcy Hearing Transcript (Nov. 1, 2022)**

- **Description:** Transcript of hearing in which Debtor stated on the record that no foreclosure judgment existed, without correction by Wells Fargo.
- **Purpose:** Establishes actual notice to Wells Fargo as early as November 2022.

FILED
DEC 31 2025
CLERK OF COURT
BY _____ DEP. CLERK

**Exhibit 11 — Verification and Affidavit Regarding Purported Service of Sheriff's Sale Notice**

- **Description:** Verification and affidavit filed by Wells Fargo's counsel in state court attesting to service of a sheriff's sale notice on an individual identified as having been served, which representation was later contradicted by subsequent in-person service on Debtor and the surrounding record.
- **Purpose:** Offered not to prove lack of service, but to demonstrate **material misstatements, internal inconsistency, and a pattern of bad-faith representations** regarding enforcement proceedings, relevant to willfulness, credibility, and the absence of any objectively reasonable basis for continued enforcement.

**Exhibit 12 — Notice of Sheriff's Sale of Real Property (December 2025)**

- **Description:** Notice of Sheriff's Sale issued by counsel for Wells Fargo scheduling a sheriff's sale of Debtor's property for January 6, 2026, and asserting enforcement of a purported court judgment.
- **Purpose:** Establishes **imminent irreparable harm** and ongoing enforcement activity premised on a **non-existent judgment**, supporting emergency TRO relief and contempt findings.

**Exhibit 13 — Certified Copy of Satisfaction of Mortgage (Recorded)**

- **Description:** Recorded Satisfaction of Mortgage for the subject property.
- **Purpose:** Offered for limited equitable context and to rebut any assertion of continuing secured enforcement authority.

**Exhibit 14 — UCC § 9-210 Statutory Request**

- **Description:** Statutory demand requesting authentication of enforcement authority.
- **Purpose:** Establishes post-notice conduct and failure to substantiate authority.

Respectfully submitted,

By: /cs/ S. Johnson, tarani-alike, sui juris
Tarani-Alike Johnson, *sui juris*

12/31/25

## CERTIFICATE OF SERVICE

I, Tarani-Alike Johnson, hereby certify that on December 31, 2025, a true and correct copy of the foregoing **Debtor's Anticipated Exhibit List**, filed pursuant to the Court's Scheduling Order, was served via the Court's CM/ECF system upon all counsel of record and, where required, by first-class United States Mail upon parties not receiving electronic notice.

Respectfully submitted,

By: /s/ *[signature]*
Tarani-Alike Johnson, *sui juris*

12/31/25