Exhibit List for POWERS KIRN, LLC

1. Foreclosure Docket:  EX A to response filed

2. Promissory Note: EX B to response filed

3. Mortgage : EX C to response filed

4. Sheriff's Deed:  EX D to response filed

5. Eviction Court Docket:  EX E to response filed

6. Pacer Docket for Robert Laurie:  EX F to response filed

7. Order entered on April 30, 2024 by the Honorable Kelley B. Hodge.

8. Motion for Relief filed in this case, Document 31 on Docket 22-12668.

9. Order entered  January 5, 2023 by Judge Coleman in this case.