# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Tarani A. Johnson,**<br>　　　　　　Debtor.<br><br>**WELLS FARGO BANK, N.A.,**<br>　　　　　　Respondent. | Bankruptcy **12-bk-20451**<br><br>Chapter 13<br><br>Related to Doc. Nos. **169**, **170, 172** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Robert Shearer and M. Troy Freedman, attorneys with the law firm of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby gives his notice of appearance as attorney for Secured Creditor, WELLS FARGO BANK, N.A., in this bankruptcy case. The undersigned requests that all notices, documents, pleadings, motions, orders, etc. filed in this case be sent to the following:

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  December 31, 2025　　　　　　**Robertson, Anschutz, Schneid,**
　　　　　　　　　　　　　　　　　　**Crane & Partners, PLLC**
　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor
　　　　　　　　　　　　　　　　　　13010 Morris Rd., Suite 450

                      Alpharetta, GA   30004
                      Telephone: (470) 321-7112

                      By: /s/ Robert Shearer
                      Robert Shearer, Esquire
                      Pennsylvania Bar Number 83745
                      Email: rshearer@raslg.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Tarani A. Johnson,**<br>                  Debtor.<br><br>**WELLS FARGO BANK, N.A.,**<br>                  Respondent. | Bankruptcy **12-bk-20451**<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on December 31, 2025 I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and also caused a true and correct copy to be served via First Class Mail, postage prepaid and/or electronic mail, to the below Service List.

Tarani A. Johnson
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

Via Electronic Mail:

JON M. ADELSTEIN
3993 Huntingdon Pike

Suite 210
Huntingdon Valley, PA 19006

GARY F. SEITZ
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19103

Office of the United States Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

        **Robertson, Anschutz, Schneid,**
        **Crane & Partners, PLLC**
        Attorneys for Secured Creditor
        13010 Morris Rd., Suite 450
        Alpharetta, GA   30004
        Telephone: (470) 321-7112

By:    /s/ Robert Shearer
       Robert Shearer, Esquire
       Pennsylvania Bar No. 83745
       Email: rshearer@raslg.com