# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Tarani A. Johnson, | : | Case No. 22-12668-DJB |
| | : | |
| Debtor. | : | Chapter 7 |

## ORDER REOPENING BANKRUPTCY CASE FOR LIMITED PURPOSES

**AND NOW,** this 5th day of January, 2026, upon consideration of the Debtor's Emergency Motion to Reopen Bankruptcy Case to Address Fraud on the Court, Void Stay Relief, And To Enforce the Automatic Stay and Discharge Injunction (Amended) [Dkt. No. 160] (the "Motion"), the response thereto [Dkt. No. 171], and the Court having held a hearing on January 5, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** for the limited purposes stated herein;

2. The Debtor may file a motion seeking to vacate the Order identified in the Motion;

3. The Debtor may file a motion to enforce the Discharge Order on the grounds identified in the Motion[1];

4. To the extent not filed as of the date hereof, the Debtor shall file motions described in ¶¶ 2 and 3 above, with proper notice, no later than January 13, 2026;

5. Failure to file and prosecute said motions within the deadline outlined in ¶ 4 above will constitute a waiver of such relief; and

---

[1] The relief granted herein shall not constitute a determination of the appropriateness of the relief sought nor a determination that relief can be granted for the motions seeking the relief identified in ¶¶ 2 and 3 above.

6. Upon disposition of the motions seeking the relief identified in ¶¶ 2 and 3 above, the Clerk is directed to **CLOSE** the case.

**Date: January 5, 2026**

**Derek J. Baker**
**United States Bankruptcy Judge**