**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| Tarani Johnson, | : | Bankruptcy No. 22-12668 (DJB) |
|  | : |  |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

# ORDER SCHEDULING HEARING

**AND NOW** this 6th day of January 2026, and the Court having held a status hearing on January 5, 2026 and the parties needing an additional hearing relating to DEBTORS MOTION FOR ORDER TO SHOW CAUSE WHY WELLS FARGO, N.A. AND ITS COUNSEL SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION [Dkt. No. 149] and DEBTORS AMENDED MOTION FOR ORDER TO SHOW CAUSE WHY WELLS FARGO BANK, N.A. AND ITS COUNSEL SHOULD BE WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION [Dkt. No. 161] and the Court having authorized the filing of certain additional Motions as specified in the Order Reopening Bankruptcy Case [Dkt. No. 172] (such additional Motions together with Dkt. Nos. 149 and 161 the "Motions") it is hereby ORDERED that:

    1.    Written objections to the Motions may be filed on or before January 23, 2026 at 5:00 p.m. Failure to file a written objection will not preclude a Respondent from raising an issue at the Hearing; however, it may result in the Court's inability to render a ruling at the conclusion of the Hearing.

    2.    A hearing to consider the Motions shall be held on January 28, 2026, at 9:30 a.m. (the "Hearing"). The Hearing will be conducted in the following format:

In-Person **ONLY in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

The Hearing on the Motions will be an evidentiary hearing.

Trial shall begin at 9:30 a.m. and continue through 12:30 p.m. After a lunch recess, trial will resume at 2:00 p.m. and continue through 5:00 p.m.

Each of the Debtor and any Respondent(s) are hereby allocated three (3) trial hours. The three (3) hours allocated to the Debtor will include the presentation of their case in chief and any rebuttal. The three (3) hours allocated to the Respondent(s) will include any opposition. The Court will use a "chess clock" method to conduct of trial. Any time spent by a particular party examining direct witnesses, cross-examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time. The Court will advise the parties at the conclusion of each session of the time that has elapsed.

**EXHIBITS - Parties shall file an anticipated Exhibit List on the Docket no later than January 26, 2026 at 12:00 noon.** The Exhibit List must be filed on the Docket; the Exhibits themselves need not be docketed and can simply be presented at the Hearing. **The Court may exercise discretion to exclude exhibits not properly identified in accordance with this deadline.**

Parties should pre-mark and exchange exhibits with opposing parties prior to the hearing. Parties should meet and confer in advance of the Hearing regarding the method, timing, form of identification, and exchange of evidence.

Copies must be available at the Hearing for the Judge, the Courtroom Deputy, the witness, and all adversaries.

**WITNESSES - Parties presenting witnesses at the Hearing shall file a Witness List on the Docket no later than January 26, 2026 at 12:00 noon. The Court may exercise discretion to exclude witnesses not properly identified in accordance with these rules.**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

**Copies to:**

**Debtor:**
**Tarani Johnson**
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

Troy Freedman, Esquire
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034

**Powers Kirn LLC**
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034