United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12668-djb |
| Tarani Johnson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tarani Johnson, 2285 Bryn Mawr Ave., Philadelphia, PA 19131-2509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Attorney Powers Kirn  LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN J. MANGAN
    on behalf of Defendant Wells Fargo Bank N.A. kevin.mangan@wbd-us.com heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
    on behalf of Creditor WELLS FARGO BANK N.A. rshearer@raslg.com

TERRY P. DERSHAW
    7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In re: Tarani A. Johnson,              :        Case No. 22-12668-DJB
                                       :
        Debtor.                        :        Chapter 7

_____

### ORDER REOPENING BANKRUPTCY CASE FOR LIMITED PURPOSES

**AND NOW,** this 5th day of January, 2026, upon consideration of the Debtor's Emergency Motion to Reopen Bankruptcy Case to Address Fraud on the Court, Void Stay Relief, And To Enforce the Automatic Stay and Discharge Injunction (Amended) [Dkt. No. 160] (the "Motion"), the response thereto [Dkt. No. 171], and the Court having held a hearing on January 5, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** for the limited purposes stated herein;

2. The Debtor may file a motion seeking to vacate the Order identified in the Motion;

3. The Debtor may file a motion to enforce the Discharge Order on the grounds identified in the Motion[1];

4. To the extent not filed as of the date hereof, the Debtor shall file motions described in ¶¶ 2 and 3 above, with proper notice, no later than January 13, 2026;

5. Failure to file and prosecute said motions within the deadline outlined in ¶ 4 above will constitute a waiver of such relief; and

---

[1] The relief granted herein shall not constitute a determination of the appropriateness of the relief sought nor a determination that relief can be granted for the motions seeking the relief identified in ¶¶ 2 and 3 above.

6. Upon disposition of the motions seeking the relief identified in ¶¶ 2 and 3 above, the Clerk is directed to **CLOSE** the case.

**Date: January 5, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**