United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12668-djb |
| Tarani Johnson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tarani Johnson, 2285 Bryn Mawr Ave., Philadelphia, PA 19131-2509 |
| | + | Powers Kirn LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| | + | Robertson, Anschutz, Schneid, Crane & Partners, PL, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| | + | Troy Freedman, Esquire, Robertson, Anschutz, Schneid, Crane & Pa, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Attorney Powers Kirn LLC bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN J. MANGAN
    on behalf of Defendant Wells Fargo Bank N.A. kevin.mangan@wbd-us.com heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
    on behalf of Creditor WELLS FARGO BANK N.A. rshearer@raslg.com

TERRY P. DERSHAW
    7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
:
In re:                                    :    Chapter 7
                                          :
Tarani Johnson,                           :    Bankruptcy No. 22-12668 (DJB)
                                          :
                                          :
                                          :
        Debtor.                           :
                                          :
_____

# ORDER SCHEDULING HEARING

**AND NOW** this 6th day of January 2026, and the Court having held a status hearing on January 5, 2026 and the parties needing an additional hearing relating to DEBTORS MOTION FOR ORDER TO SHOW CAUSE WHY WELLS FARGO, N.A. AND ITS COUNSEL SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION [Dkt. No. 149] and DEBTORS AMENDED MOTION FOR ORDER TO SHOW CAUSE WHY WELLS FARGO BANK, N.A. AND ITS COUNSEL SHOULD BE WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION [Dkt. No. 161] and the Court having authorized the filing of certain additional Motions as specified in the Order Reopening Bankruptcy Case [Dkt. No. 172] (such additional Motions together with Dkt. Nos. 149 and 161 the "Motions") it is hereby ORDERED that:

    1.    Written objections to the Motions may be filed on or before January 23, 2026 at 5:00 p.m. Failure to file a written objection will not preclude a Respondent from raising an issue at the Hearing; however, it may result in the Court's inability to render a ruling at the conclusion of the Hearing.

    2.    A hearing to consider the Motions shall be held on January 28, 2026, at 9:30 a.m. (the "Hearing"). The Hearing will be conducted in the following format:

In-Person **ONLY in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

The Hearing on the Motions will be an evidentiary hearing.

Trial shall begin at 9:30 a.m. and continue through 12:30 p.m. After a lunch recess, trial will resume at 2:00 p.m. and continue through 5:00 p.m.

Each of the Debtor and any Respondent(s) are hereby allocated three (3) trial hours. The three (3) hours allocated to the Debtor will include the presentation of their case in chief and any rebuttal. The three (3) hours allocated to the Respondent(s) will include any opposition. The Court will use a "chess clock" method to conduct of trial. Any time spent by a particular party examining direct witnesses, cross-examining adverse witnesses or making substantive argument shall be counted against that party's allocated trial time. The Court will advise the parties at the conclusion of each session of the time that has elapsed.

**EXHIBITS - Parties shall file an anticipated Exhibit List on the Docket no later than January 26, 2026 at 12:00 noon.** The Exhibit List must be filed on the Docket; the Exhibits themselves need not be docketed and can simply be presented at the Hearing. **The Court may exercise discretion to exclude exhibits not properly identified in accordance with this deadline.**

Parties should pre-mark and exchange exhibits with opposing parties prior to the hearing. Parties should meet and confer in advance of the Hearing regarding the method, timing, form of identification, and exchange of evidence.

Copies must be available at the Hearing for the Judge, the Courtroom Deputy, the witness, and all adversaries.

**WITNESSES - Parties presenting witnesses at the Hearing shall file a Witness List on the Docket no later than January 26, 2026 at 12:00 noon. The Court may exercise discretion to exclude witnesses not properly identified in accordance with these rules.**

_____
**DEREK J. BAKER
U.S. BANKRUPTCY JUDGE**

**Copies to:**

**Debtor:**
**Tarani Johnson**
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

Troy Freedman, Esquire
**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034

**Powers Kirn LLC**
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
425 Commerce Drive Suite 150
Fort Washington, Pennsylvania 19034