IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson                              Case No 22-12668

                                                      Chapter 7

---

# DEBTOR'S CONSOLIDATED EXHIBIT LIST
*(January 28, 2026 Hearing)*

**EXHIBITS PREVIOUSLY ADMITTED**
*(January 5, 2026 Hearing — Incorporated by Reference)*



**Exhibit 1**
State Court Docket – Foreclosure Action
*(Admitted January 5, 2026)*

**Exhibit 2**
State Court Transcript / Judicial Determination
*(Admitted January 5, 2026)*

**Exhibit 3**
Bankruptcy Petition and Docket History
*(Admitted January 5, 2026)*

**Exhibit 4**
Order Reopening Bankruptcy Case (January 5, 2026)
*(Admitted January 5, 2026)*

**Exhibit 5**
Order Setting Aside Sheriff's Sale / Void Execution Determination
*(Admitted January 5, 2026)*

**Exhibit 6**
Recorded Satisfaction / Related County Records
*(Admitted January 5, 2026)*

**Exhibit 7**
Correspondence and Notices Demonstrating Lack of Judgment
*(Admitted January 5, 2026)*

**Exhibit 8**
Wells Fargo Motion for Relief from Stay (2022)
*(Admitted January 5, 2026)*

**Exhibit 9**
Order Granting Relief from Stay (January 5, 2023)
*(Admitted January 5, 2026)*

**Exhibit 10**
Eviction / Possession Docket(s)
*(Admitted January 5, 2026)*

**Exhibit 11**
Discharge Order and Related Bankruptcy Filings
*(Admitted January 5, 2026)*

**Exhibit 12**
Correspondence Demonstrating Post-Discharge Enforcement
*(Admitted January 5, 2026)*

**Exhibit 13**
Transcript Excerpts – January 5, 2026 Hearing
*(Admitted January 5, 2026)*

**Exhibit 14**
Declaration / Authentication of Prior Exhibits
*(Admitted January 5, 2026)*

## ADDITIONAL EXHIBITS OFFERED
*(For January 28, 2026 Hearing)*

**Exhibit 15**
**Official Audio Transcript of December 14, 2022 Hearing**
United States Bankruptcy Court – Eastern District of Pennsylvania
Case No. 22-12668
*(Complete official transcript obtained from the Court's recording)*
**Purpose:** Authentication, accuracy, and full contextual record of representations made to the Court.

**Exhibit 16**
**Excerpt of Audio Transcript – December 14, 2022 Hearing**
*(Excerpted portion of Exhibit 15)*
**Purpose:** Limited contextual reference to counsel's posture at the time material representations were advanced; offered solely for context and ease of reference, not for emotional or character purposes.

## AUTHENTICATION

The authenticity of Exhibits 15 and 16 is established by the **Declaration of Authentication** filed contemporaneously herewith and included in the hearing binder immediately preceding those exhibits.

Dated: _January 13_, 2026

Respectfully submitted,

By: /s/ Johnson, tarani-alike, sui juris
Tarani-Alike Johnson, sui juris