IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No 22-12668

Chapter 7

# DECLARATION OF AUTHENTICATION
*(Audio Transcript of December 14, 2022 Hearing)*

I, **Tarani-Alike Johnson**, declare as follows:

1. I am the Debtor in the above-captioned bankruptcy case and make this Declaration based upon my personal knowledge.
2. Attached hereto as **Exhibit 15** is a true and correct copy of the **official audio transcript of the December 14, 2022 hearing** conducted in the United States Bankruptcy Court for the Eastern District of Pennsylvania in Case No. 22-12668.
3. The audio transcript attached as Exhibit 15 was obtained from the **official court recording** of the December 14, 2022 hearing and accurately reflects the proceedings as recorded by the Court.
4. Attached hereto as **Exhibit 16** is a **limited excerpt** of the audio transcript attached as Exhibit 15. Exhibit 16 is an excerpted portion of the same official transcript and is offered solely for ease of reference to the specific portion of the record discussed in the accompanying motion.
5. Exhibit 16 is not offered to replace or alter Exhibit 15, but solely to highlight a discrete portion of the official record already contained in Exhibit 15.
6. Both Exhibit 15 and Exhibit 16 are offered for accuracy, authenticity, and contextual completeness of the record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of January, 2026.

Respectfully submitted,

By: /s/ Johnson, tarani-alike, sui juris
Tarani-Alike Johnson, sui juris

*[FILED JAN 13 2026 CLERK OF COURT]*