IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson

Case No **12-20451-djb**
Chapter 7

**FILED**
**JAN 1 3 2026**
CLERK OF COURT
DEP. CLERK

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TO:** U.S. Bank Trust National Association, as Trustee; Counsel for U.S. Bank Trust; and all parties in interest.

**PLEASE TAKE NOTICE** that on the _13th_ day of _January_, 2026, the undersigned, **Tarani A. Johnson, Debtor**, filed the following Motions the Court:

1) **Motion To Vacate Order Entered January 5, 2023.**
2) **Motion for Order to Show Cause Why Wells Fargo Bank NA and its Counsel Should Not Be Held In Civil Contempt For Willful Violation of the Discharge Injunction** (2nd Amendment).
3) **YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views, then on or before **January 20th, 2026**, you or your attorney must file a response to the Motion(s).
   - Your response must be filed with the Clerk of the Bankruptcy Court at:
     **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**
     900 Market Street, Suite 400
     Philadelphia, PA 19107
   - If you mail your response to the Court for filing, you must mail it early enough so that it will be received on or before the response deadline.
   - You must also mail a copy of your response to:
     **Tarani A. Johnson,**
     45 East City Avenue, Suite 503, Bala Cynwyd, PA 19004
2. If you or your attorney do not file and serve a timely response, the Court may grant the relief requested in the Motion by default without further notice or hearing.
3. A hearing on the Motion is scheduled to be held on **January 28, at 9:30**, 2026 at : **a.m.**, before the Honorable Judge Baker United States Bankruptcy Judge, in Courtroom _2_ at:
   **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**
   900 Market Street, 2nd Floor
   Philadelphia, PA 19107
4. If a hearing is held, you or your attorney should attend and be prepared to present your case.

Date: January 13, 2026

Respectfully submitted,

By: /cs: johnson, tarani-alike, sui juris
Tarani-Alike Johnson, *sui juris*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tarani A. Johnson

Case No **12-20451-djb**
Chapter 7

## CERTIFICATE OF SERVICE

I certify that on January 13, 2026, a true and correct copy of the above noted NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE for the following motions/pleadings:

1) **Motion To Vacate Order Entered January 5, 2023.**
2) **Motion for Order to Show Cause Why Wells Fargo Bank NA and its Counsel Should Not Be Held In Civil Contempt For Willful Violation of the Discharge Injunction** (2nd Amendment)

as served via regular first-class mail by or before 5:00pm on the date noted above to the following, as well as all other parties of interest, including creditors:

**Wells Fargo Bank, N.A** — 333 Market Street, San Francisco, CA 94105

**Robertson, Anschutz, Schneid, Crane & Parners, PLLC**
*(current counsel for Wells Fargo Bank, N.A.)* — 425 Commerce Drive, Suite 150, Fort Washington Pennsylvania 19034

**Robertson, Anschutz, Schneid, Crane & Parners, PLLC**
*(current counsel for Wells Fargo Bank, N.A.)* — 133 Gaither Drive, Suite F, Mt. Laurel, NJ 08054
    For:  Cierra-Zadiyah Leshay Mendez, Esq.
    For:  Danielle R. Dreier, Esq
    For:  Danielle A. Coleman, Esq
    For:  Brandon D. Pack, Esq

**Robertson, Anschutz, Schneid, Crane & Parners, PLLC**
*(current counsel for Wells Fargo Bank, N.A.)* — 425 Commerce Drive, Suite 150, Fort Washington Pennsylvania 19034.
    For:  **Michael Troy Freedman, Esq**

**Powers Kirn LLC** — 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053
    For:  Jill Manuel Coughlin
    For:  Harry B. Reese

Date:  January 13, 2026

Respectfully submitted,

By: /cs/: johnson, tarani-alike, sui juris
Tarani-Alike Johnson, *sui juris*