# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Tarani Johnson, | : | Bankruptcy No. 22-12668 (DJB) |
| | : | |
| Debtor. | : | |
| | : | |

# ORDER

**AND NOW** this 14th day of January 2026, in light of Debtor's filings on January 13, 2026 [Dkt. Nos. 183-187] the court **DENIES** Debtor's Motion for Brief Enlargement of Time to File Motions Authorized by January 5, 2026 Order [Dkt. No. 182] as **MOOT**.

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**