B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Pennsylvania__

In re __TARANI A JOHNSON__
Debtor

*(Complete if issued in an adversary proceeding)*

__WELLS FARGO BANK, NA__
Plaintiff
v.
__TARANI A JOHNSON__
Defendant

Case No. __22-12668__

Chapter __7__

Adv. Proc. No. _____

**FILED JAN 1 2 2026 BY MK CLERK OF COURT DEP. CLERK**

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: __Jill Coughlin, (a/k/a Jill Manuel Coughlin)__
*(Name of person to whom the subpoena is directed)*

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __Documents upon which you relied upon that caused you to present to the Court that WELLS FARGO BANK, NA had a judgment of Foreclosure on property 2285 Bryn Mawr Ave, Phil PA 19131__

| PLACE | DATE AND TIME |
|---|---|
| → U.S Bankruptcy Court 900 Market St, Philadelphia, PA 19107 Court Room 2 | 1/28/26 @ 9:30 am |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __1-14-2026__

CLERK OF COURT

__/s/ Marie__
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).