IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tarani A. Johnson                               Case No 22-12668

                                                       Chapter 7

---

## PRAECIPE TO WITHDRAW
## MOTION FOR ENLARGEMENT OF TIME (MOOT)

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

PLEASE WITHDRAW from the docket the **Motion for Enlargement of Time** previously filed by the Debtor.

The Motion is **MOOT**, as the Debtor has timely filed the substantive motions within the deadline established by this Court's **Order entered January 5, 2026**. No action by the Court is requested.

Executed on this 14th day of January, 2026.

                                        Respectfully submitted,

                                        By: /s/ S. Johnson, tarani-alike, sui juris
                                        Tarani-Alike Johnson, sui juris


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, a true and correct copy of the **Praecipe to Withdraw Motion for Enlargement of Time (Moot)** was served upon all parties entitled to notice in this matter by **electronic service through the Court's CM/ECF system**, which constitutes service upon registered counsel and parties of record.

I further certify that service was made in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court.

Executed on this 14th day of January, 2026.

FILED
JAN 16 2026
BY _____ CLERK OF COURT
         DEP. CLERK

                                        Respectfully submitted,

                                        By: /s/ S. Johnson, tarani-alike, sui juris
                                        Tarani-Alike Johnson, sui juris