## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TARANI A. JOHNSON<br>Debtor<br><br>POWERS KIRN, LLC<br>JILL MANUEL-COUGHLIN<br>HARRY B. REESE<br><br>　　　　　　　Movants,<br>v.<br><br>TARANI A. JOHNSON<br>　　　　　　　Respondent | Case No. 22-12668 DJB DJB<br>Chapter 7 |

### ORDER

AND NOW, this ____ day of January, 2026, upon consideration of the Motion for Reconsideration of this Court's January 5, 2026 Order, and the opposition thereto filed, if any, LLC

IT IS HEREBY ORDERED:

1. Said Motion is hereby granted.

2. This Court shall enter an Order closing this Chapter 7 case.

　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Hon. Derek J. Baker
　　　　　　　　　　　　　United States Bankruptcy Judge