# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TARANI A. JOHNSON<br>Debtor<br><br>POWERS KIRN, LLC<br>JILL MANUEL-COUGHLIN<br>HARRY B. REESE<br><br>     Movants,<br>v.<br><br>TARANI A. JOHNSON<br>     Respondent | Case No. 22-12668 DJB DJB<br>Chapter 7 |

## ORDER

AND NOW, this ____ day of January, 2026, upon consideration of the Motion for Recusal of the Honorable Derek J. Baker, and the opposition thereto filed, if any,

IT IS HEREBY ORDERED:

1. Said Motion is hereby granted.

            BY THE COURT:

            _____

            Hon. Derek J. Baker

            United States Bankruptcy Judge