UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| Tarani Johnson | : | |
| Debtor(s) | : | **Bky. No.22-12668 DJB** |

_____

Tarani Johnson,

       Debtor

v.

Jill Manuel-Coughlin, Esquire, Harry B. Reese, Esquire and Powers Kirn, LLC

       Respondents

## O R D E R

**AND NOW**, upon consideration of **MOTION FOR EXPEDITED CONSIDERATION** ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** as set forth herein.

2. A hearing to consider the Motion shall be held on _____Wednesday, January 28__, **2026,** at 9:30 a.m. (the "Hearing"). The Hearing will be conducted in the following format:

☐ Video Conference using the following link. If no link is provided, the video conference link will be included on the hearing calendar.

**X** In-Person **at** __9:30 AM__**, in the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 – Courtroom 2**.

The Hearing on this Motion will be an evidentiary hearing.

3.   Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.   The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise requesting notice by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on _____January 23, 2026_____. Service made to each party identified above through the court's CM/ECF system is effective.

5.   The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on __January 23, 2026_____.

6.   The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: __January 23, 2026__                 _____

**DEREK J. BAKER**

**U.S. BANKRUPTCY JUDGE**