# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TARANI A. JOHNSON<br>Debtor<br><br>POWERS KIRN, LLC<br>JILL MANUEL-COUGHLIN<br>HARRY B. REESE<br><br>                    Movants,<br>v.<br><br>TARANI A. JOHNSON<br>                    Respondent | Case No. 22-12668 DJB AMC<br>Chapter 7 |

## CERTIFICATION OF SERVICE

I, Jill Manuel-Coughlin, Esquire, counsel for Powers Kirn, LLC, hereby certify that copies of the foregoing Motion for Expedited Consideration, January 23, 2026 Order Granting Motion for an Expedited Hearing and the Motion for Reconsideration were served on the parties listed below by postage-prepaid U.S. Mail, First Class and served electronically through the Court's ECF System, and via electronic email on January 23, 2026. Proof of electronic delivery is attached hereto as Exhibit A.

*Parties Served via Electronic Notification, and Email only:*

M. Troy Freedman, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, LLC
133 Gaither Drive, Suite F
Mount Laurel, NJ 08054
Counsel for Wells Fargo
tfreedman@raslg.com

*Parties Serviced via First Class Mail and Email:*

Tarani Johnson
2285 Bryn Mawr Avenue
Philadelphia, PA 19131
taranij@gmail.com
Debtor

|  |  |
|---|---|
|  | POWERS KIRN, LLC |
|  |  |
|  | **/s/Jill Manuel-Coughlin, Esquire** |
|  | Jill Manuel-Coughlin, Esquire; Atty ID # 63252 |
|  | 8 Neshaminy Interplex, Suite 215 |
|  | Trevose, PA 19053 |
| Date: January 23, 2026 | 215-942-2090 phone; 215-942-8661 fax |
|  | bankruptcy@powerskirn.com |
|  | Attorney for Movant |



-----Original Message-----
From: Mail Delivery Subsystem <MAILER-DAEMON@encryptsh201.appriver.com>
Sent: Friday, January 23, 2026 2:55 PM
To: Jill Manuel-Coughlin <jill@powerskirn.com>
Subject: Delivery report: RE: 22-12668 DJB / Johnson, Tarani / Motion for Expedited Consideration

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Message delivered to 'taranij@gmail.com'
delivered via Automatic Rules

Message delivered to 'tfreedman@raslg.com'
delivered via Automatic Rules


----------------------------------------------------------------------
Content-Type: message/delivery-status

Reporting-MTA: dns; encryptsh201.appriver.com

Original-Recipient: rfc822;<taranij@gmail.com>
Final-Recipient: system;<taranij@gmail.com>
Action: delivered
Status: 2.0.0

Original-Recipient: rfc822;<tfreedman@raslg.com>
Final-Recipient: system;<tfreedman@raslg.com>
Action: delivered
Status: 2.0.0