## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re : | Chapter 7 | |
| TARANI A. JOHNSON | | |
| Debtor(s) : | Bky. No. 22-12668 DJB | |
| TARANI A. JOHNSON | | |
| Movant(s) | | |
| v. | | |
| POWERS KIRN, LLC<br>JILL MANUEL-COUGHLIN<br>HARRY B. REESE | | |
| Respondent(s) : | Adv. No. | |

..........................................

# **EXHIBITS**

..........................................

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Foreclosure Docket:  EX A to response filed on 12/31/2025 | | | |
| 2 | Promissory Note: EX B to response filed on 12/31/2025 | | | |
| 3 | Mortgage : EX C to response filed on 12/31/2025 | | | |
| 4 | Sheriff's Deed:  EX D to response filed on 12/31/2025 | | | |
| 5 | Eviction Court Docket:  EX E to response filed on 12/31/2025 | | | |
| 6 | Pacer Docket for Robert Laurie:  EX F to response filed on 12/31/2025 | | | |
| 7 | Order entered on April 30, 2024 by the Honorable Kelley B. Hodge. | | | |

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 8 | Motion for Relief filed in this case, Document 31 on Docket 22-12668. | | | |
| 9 | Order entered January 5, 2023 by Judge Coleman in this case. | | | |
| 10 | Filed Writ 03/30/2018 | | | |
| 11 | Order Disbarring Joshua Louis Thomas 12/19/2024 | | | |
| 12 | Joint Petition Supporting Disbarring Joshua Louis Thomas 10/01/2021 | | | |
| 13 | Filed Notice of Appeal 09/07/2018 | | | |
| 14 | Filed 1925(a) opinion 02/27/2023 | | | |
| 15 | Debtors Motion to Reconsider 12/27/2022 | | | |
| 16 | Application to Quash Appeal 10/13/2023 | | | |
| 17 | Order Granting Application to Quash 10/13/2023 | | | |
| 18 | Notice of Appeal of 09/10/2019 Order Denying Motion to Strike | | | |
| 19 | Notice of Removal 09/08/2020 | | | |
| 20 | Order Dismissing Appeal 03/25/2020 | | | |
| 21 | Order Denying Defendants Petition to Continue Sale 09/30/2022 | | | |
| 22 | Order Denying Defendants Motion to Postpone 08/03/2021 | | | |
| 23 | Order Denying 3rd Application to Stay 02/07/2023 | | | |
| 24 | Order Dismissing Debtor's second appeal docketed 1303 EDA 2023 to set aside February 7, 2023 Sheriff Sale | | | |
| 25 | Order Quashing Appeal Docketed at 225 EDA 2023 03/03/2023 | | | |
| 26 | Appellate Docket 2024 EDA 2021 | | | |
| 27 | Appellate Docket 2542 EDA 2022 | | | |
| 28 | Judge Coleman Order entered 08/27/2019 in case no. 17-17342 MDC | | | |
| 29 | Remand Order in Ejectment Action 11/22/2023 | | | |
| 30 | Filed Writ 08/16/2019 | | | |
| 31 | Fraudulent Mortgage Satisfaction 12/21/2020 | | | |
| 32 | Appeal 2024 EDA 2021 Dismissed | | | |
| 33 | Writ of Execution 01/11/2022 | | | |