UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re | : | Chapter 7 |
|---|---|---|
| TARANI A. JOHNSON | : | |
| Debtor(s) | : | Bky. No. 22-12668 DJB |
| | : | |
| TARANI A. JOHNSON | : | |
| Movant(s) | | |
| v. | | |
| POWERS KIRN, LLC | | |
| JILL MANUEL-COUGHLIN | | |
| HARRY B. REESE | | |
| Respondent(s) | : | Adv. No. |
| | : | |

..........................................

# WITNESS

..........................................

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | TARANI A. JOHNSON | Debtor |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |

- 3 -