UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Tarani A. Johnson,  :  Case No. 22-12668-DJB
  :
Debtor.  :  Chapter 7

**ORDER**

**AND NOW,** this 29th day of January 2026, upon consideration of Debtor's Motion to Vacate Order Entered January 5, 2023 Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(B)(4) and 60(D)(3) [Dkt. No. 185] (the "Motion"), the responses thereto [Dkt Nos. 195 and 200], a hearing being held on January 28, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

The Motion is **DENIED**.

**Date: January 29, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**