**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Tarani A. Johnson, | : | Case No. 22-12668-DJB |
| | : | |
| Debtor. | : | Chapter 7 |

## ORDER

**AND NOW,** this 29th day of January 2026, upon consideration of Debtor's Motion for Order to Show Cause Why Wells Fargo Bank, N.A. and its Counsel Should Not Be Held in Civil Contempt for Willful Violation of the Discharge Injunction [Dkt. No. 149], Debtor's Amended Motion for Order to Show Cause Why Wells Fargo Bank, N.A. and its Counsel Should Not Be Held in Civil Contempt for Willful Violation of the Discharge Injunction [Dkt. No. 161], and the Second Amended Motion for Order to Show Cause Why Wells Fargo Bank, N.A. and its Counsel Should Not Be Held in Civil Contempt for Willful Violation of the Discharge Injunction [Dkt. No. 186] (the "Motions"), the responses thereto [Dkt Nos. 167, 171, 195 and 200], a hearing being held on January 28, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

The Motions are **DENIED**.

**Date: January 29, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**