# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Tarani A. Johnson, | : | Case No. 22-12668-DJB |
| | : | |
| Debtor. | : | Chapter 7 |

## ORDER

**AND NOW,** this 29th day of January 2026, upon consideration of Powers Kirn, LLC, Jill Manuel-Coughlin, Esquire and Harry B. Reese, Esquire Motion to Recuse Judge Baker [Dkt. No. 196] (the "Motion"), and a hearing being held on January 28, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

The Motion is **DENIED**.

**Date: January 29, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**