UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Tarani A. Johnson,              :        Case No. 22-12668-DJB
                                       :
        Debtor.                        :        Chapter 7

**ORDER**

**AND NOW,** this 29th day of January 2026, upon consideration of Powers Kirn, LLC, Jill Manuel-Coughlin, Esquire and Harry B. Reese, Esquire Motion for Reconsideration of this Court's January 5, 2026 Order Reopening Bankruptcy Case for Limited Purposes [Dkt. No. 196] (the "Motion"), and a hearing being held on January 28, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

The Motion is **DENIED**.

**Date: January 29, 2026**

_____
**Derek J. Baker
United States Bankruptcy Judge**