# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

_____

In re: Tarani A. Johnson,                           :          Case No. 22-12668-DJB
                                                    :
        Debtor.                                     :          Chapter 7

_____

## **ORDER**

**AND NOW,** this 29th day of January 2026, in connection with this Court's Order Reopening Bankruptcy Case for Limited Purposes [Dkt. No. 172], and after a hearing being held on January 28, 2026 to dispose of matters addressed in said hearing, and for the reasons stated on the record, it is hereby **ORDERED** that:

    Pursuant to ¶6 of said Order the Clerk is directed to **CLOSE** the case.

**Date: January 29, 2026**                          _____
                                                                  **Derek J. Baker**
                                                                  **United States Bankruptcy Judge**