United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12668-djb |
| Tarani Johnson | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Tarani Johnson, 2285 Bryn Mawr Avenue, Philadelphia, PA 19131-2509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Attorney Powers Kirn LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Attorney Jill Manuel-Coughlin bankruptcy@powerskirn.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

JILL MANUEL-COUGHLIN
    on behalf of Attorney Harry B. Reese bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN J. MANGAN
    on behalf of Defendant Wells Fargo Bank N.A. kevin.mangan@wbd-us.com heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
    on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
    on behalf of Creditor WELLS FARGO BANK N.A. rshearer@raslg.com

TERRY P. DERSHAW
    7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| In re: Tarani A. Johnson, | : | Case No. 22-12668-DJB |
| | : | |
| Debtor. | : | Chapter 7 |

_____

**ORDER**

**AND NOW,** this 29th day of January 2026, upon consideration of Powers Kirn, LLC, Jill Manuel-Coughlin, Esquire and Harry B. Reese, Esquire Motion to Recuse Judge Baker [Dkt. No. 196] (the "Motion"), and a hearing being held on January 28, 2026, and for the reasons stated on the record, it is hereby **ORDERED** that:

The Motion is **DENIED**.

**Date: January 29, 2026**

_____
**Derek J. Baker**
**United States Bankruptcy Judge**